IH-32                                                                Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

Polly Traynham, an individual,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-4222 |
| L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; Clairol; John Paul Mitchell Systems; Pravana; Henkel Corporation and Henkel a/k/a Henkel AG & Co. KGaA, inclusive, | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

KAREN LARSON, an individual,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-10280 |
| John Paul Mitchell Systems; L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; Henkel a/k/a Henkel AG & Co. KGaA; Schwarzkopf; Joico; Wella Operations US, LLC; Wella Professionals; Coty, Inc.; Kohlberg Kravis Robert & Co. a/k/a KKR & Co., Inc.; Bristol-Myers Squibb; Procter & Gamble Hair Care, LLC; Clairol; Goldwell; Kao USA, Inc.; Goldwell New York; Cosmoprof Services USA, LLC; Sally Beauty Holdings, Inc.; and John Doe Corporations 1-100, inclusive, | |
| Defendant | |

IH-32                                                                                                Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed         (If so, set forth the procedure which resulted in closure, e.g., voluntary
                   dismissal, settlement, court decision.  Also, state whether there is an appeal
                   pending.)

☑  Open           (If so, set forth procedural status and summarize any court rulings.)

motion to remand fully briefed

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

These cases involve identical issues; namely, the plaintiffs' allegation that defendants' hair
dye products caused their cancers.  Each case involves overlapping or mostly overlapping
defendants, with the main difference in parties being the individual plaintiff bringing the
action.  Plaintiffs in each case are represented by the same counsel.  Each plaintiff seeks
identical or nearly identical damages. Treating these cases as related will serve the goal of
judicial efficiency, save the parties and the Court time and resources, and prevent
inconsistent rulings.

Signature:  /s/  Berj K. Parseghian                              Date: 05/20/2026
            _____                         _____

Firm:       Lippes Mathias LLP
            _____